NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JARMEEL EARL BENNETT,
DOC #Y43030,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

                    Case No. 2D18-1163

Opinion filed November 20, 2019.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Jarmeel Earl Bennett, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

MORRIS, BLACK, and LUCAS, JJ., Concur.